# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS
# KANSAS CITY

| | | |
|---|---|---|
| KIMBERLY WILKINSON, | ) | |
| | ) | |
| Plaintiff, | ) | **No. 09-CV-02477-KHV-DJW** |
| | ) | |
| vs. | ) | **STIPULATION OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| | ) | |
| CENTRAL PORTFOLIO CONTROL, | ) | |
| | ) | **Fed. R. Civ. P. 41(a)(1** |
| Defendant. | ) | |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, KIMBERLY WILKINSON and Defendant, CENTRAL PORTFOLIO CONTROL, stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, KIMBERLY WILKINSON, against Defendant, CENTRAL PORTFOLIO CONTROL, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: February 8, 2010         KROHN & MOSS, LTD.

                                */s/ Patrick Cuezzze*
                                Patrick Cuezze
                                400 SW Longview, Suite 280
                                Lee's Summit, Missouri 64081
                                Telephone: (816) 931-0911
                                Facsimile: (800) 856-5312
                                Email: pcuezze@egancuezze.com
                                Attorney for Plaintiff,
                                KIMBERLY WILKINSON

DOCS-397538.1

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE, Case No. 09-CV-02477-KHV-DJW**

Dated: February 8, 2010         SLAGLE, BERNARD & GORMAN, P.C.

                                */s/ Rod Hoffman*
                                Rod Hoffman   #13075
                                4600 Madison Avenue, Suite 600
                                Kansas City, Missouri 64112-3012
                                Telephone (816) 410-4600
                                Fax (816) 561-4498
                                Email: rhoffman@sbg-law.com
                                Attorney for Defendant,
                                CENTRAL PORTFOLIO CONTROL